IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES OF THE SUBURBAN TEAMSTERS )
OF NORTHERN ILLINOIS WELFARE AND )
PENSION FUNDS, )
)
       Plaintiffs, )
) No.
  v. )
) Judge
RISKUS & GRANDT, INC., )
an Illinois corporation not in good standing, )
)
       Defendant. )

FILED: APRIL 3, 2008
08CV1905      PH
JUDGE COAR
MAGISTRATE JUDGE SCHENKIER

## COMPLAINT

Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds"), by their attorneys, John J. Toomey, of Arnold and Kadjan, complain against Defendant, RISKUS & GRANDT, INC. an Illinois corporation not in good standing, as follows:

### COUNT I

### JURISDICTION AND VENUE

    1.    (a)    Jurisdiction of this cause is based upon Section 502 of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132 ("ERISA") and 29 U.S.C. 1145 as amended.

           (b)    Venue is founded pursuant to 29 U.S.C. Section 1132(e) (2) in this district, where the Funds as described in Paragraph 2, are administered and 185(c).

## **PARTIES**

2. (a) Plaintiffs are the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds") and have standing to sue pursuant to 29 U.S.C. 1132(a)(3).

(b) The SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS have been established pursuant to collective bargaining agreements previously entered into between the International Brotherhood of Teamsters and its affiliated locals ("the Union") and Employers;

(c) The Funds are maintained and administered in accordance with and pursuant to the provisions of the National Labor Relations Act, as amended, and other applicable state and federal laws, and also pursuant to the terms and provisions of the Agreements and Declarations of Trust which establish the Funds.

3. (a) RISKUS & GRANDT, INC. an Illinois corporation not in good standing, employs employees represented by the Union and is bound to make contributions for weeks worked by all employees and upon subcontractors who perform work which would otherwise be performed by employees.

(b) RISKUS & GRANDT, INC. is an Illinois corporation not in good standing, with its principal place of business at Chicago, Illinois.

(c) RISKUS & GRANDT, INC. an Illinois corporation not in good standing, is an employer engaged in an industry affecting commerce.

4. RISKUS & GRANDT, INC. an Illinois corporation not in good standing, entered into Agreements with Teamsters 179 for periods from February 1, 2006 through the present which require contributions to the Funds pursuant to 29 U.S.C. 1145.

5. Pursuant to the terms of the contract and the trust agreements establishing the Funds, Employer is required to make its books and records available to the Funds for audit.

6. The Funds have attempted to obtain the books and records of the Defendant for an audit for the period February, 2006 through December, 2007. The Funds' auditor has written and repeatedly telephoned the company and received no response.

7. Without an order directing an audit be performed and delinquencies paid thereunder, Plaintiffs are unable to fulfill their fiduciary duties under the Plan.

8. The amount presently due cannot be ascertained without an audit.

WHEREFORE, Plaintiffs pray:

A. That the Court order an audit of Defendant's books and records for the period February, 2006 through the present to determine the actual amounts due and owing.

B. That judgment be entered against the corporation and in favor of the Plaintiffs in the amount shown to be due under the audit.

C. That the Plaintiffs be awarded all relief provided for under 29 U.S.C. 1132(g)(2) including interest, 20% liquidated damages, costs and attorneys' fees.

D. That the Court enjoin the corporation from operation without making the Fund whole for its past delinquencies, and the grant of security for its current contributions.

E. Such other relief as the Court may deem appropriate..

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

By: _____
       One of Its Attorneys

John J. Toomey
ARNOLD AND KADJAN
19 West Jackson Boulevard
Chicago, Illinois  60604
(312) 236-0415

4

Riskus & Grandt Inc.

# TEAMSTERS LOCAL 179

An Affiliate of the
INTERNATIONAL BROTHERHOOD OF TEAMSTERS

## OWNER OPERATOR / AREA CONSTRUCTION AGREEMENT



**JUNE 1, 2006 THROUGH MAY 31, 2009**

**FOR NON-ASSOCIATION EMPLOYERS**

FOR TEAMSTERS LOCAL 179

BY: _[signature]_

TITLE: President

DATE: 2/3/06

FOR THE COMPANY

COMPANY: Riskus & Grandt

ADDRESS: 1119 W. 47th Place

City: Chicago   State: Il.   Zip: 60609

PHONE: 773-837-0988

FAX: 708-594-2065

BY: _[signature]_ Joseph Grandt

TITLE: Owner

DATE: 2-1-06

42

**ADDENDUM 1.**
**Uniform Drug/Alcohol Abuse Policies**

...ers of Teamsters

The
are requ
than onc
It is
Drug/A
Federal
require:
Depart
Transp
Constr

It
Empl
shall 1
Articl

Joseph Grandt
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

PARTY OF THE FIRST PART:

Contractors Assn. WGC
Company

By: _Sana B Gray_

By: _____

PARTY OF THE SECOND PART:

Teamsters Local 179
Union

By: _[signature]_

By: _____

43