UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# ALIAS SUMMONS IN A CIVIL CASE

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | Docket Number: 08 C 1905 |
| | Judge Coar |
| v. | Magistrate Judge Schenkier |
| RISKUS & GRANDT, INC., an Illinois corporation not in good standing | |

TO:    (Name and address of defendant)

RISKUS & GRANDT, INC.,
an Illinois corporation
not in good standing
c/o Secretary of State
69 W. Washington Street
Suite 1240
Chicago, Illinois

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard, Suite 300
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____          _____
Michael W. Dobbins, Clerk                                   Date

_____
(by) Deputy Clerk