# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# ALIAS SUMMONS IN A CIVIL CASE

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | Docket Number: 08 C 1905 |
| | Judge Coar |
| v. | Magistrate Judge Schenkier |
| RISKUS & GRANDT, INC., an Illinois corporation not in good standing | |

TO: (Name and address of defendant)

> RISKUS & GRANDT, INC.,
> an Illinois corporation
> not in good standing
> c/o Secretary of State
> 69 W. Washington Street
> Suite 1240
> Chicago, Illinois

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> JOHN J. TOOMEY
> ARNOLD AND KADJAN
> 19 W. Jackson Boulevard, Suite 300
> Chicago, Illinois  60604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____                    _____
Michael W. Dobbins, Clerk                      Date

_____
(by) Deputy Clerk

| Form **BCA-5.25** (Rev. Jan. 2003) | AFFIDAVIT OF COMPLIANCE FOR SERVICE ON SECRETARY OF STATE | File # 61927077 |
|---|---|---|
| Jesse White<br>Secretary of State<br>Department of Business Services<br>Springfield, IL 62756<br>Telephone (217) 524-6748<br>www.cyberdriveillinois.com | FILED<br>MAY 13 2008<br>JESSE WHITE<br>SECRETARY OF STATE | SUBMIT IN DUPLICATE<br>This space for use by Secretary of State<br>Date 5/13/08<br>Filing Fee $10.00<br>Approved: JM |
| Remit payment in check or money order, payable to "Secretary of State." | | |

1. Title of the case and number of the case:
   Trustees of the Suburban Teamsters of Northern Illinois Welfare and Pension Funds  first named plaintiff
   V.
   Riskus & Grandt, Inc., an Illinois corporation  first named defendant
   not in good standing
   Number  08 C 1905

2. Name of the corporation being served: Riskus & Grandt, Inc., an Illinois corporation not in good standing

3. Title of the court in which an action, suit or proceeding has been commenced: U. S. District Court for the Northern District of Illinois

4. Title of the instrument being served: Alias Summons and Complaint

5. Basis for service on the Secretary of State (Check and complete appropriate box):

   a. [x] The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. [ ] The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. [ ] The corporation was dissolved on _____ (Month & Day), _____ (Year); the conditions of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within 5 years thereafter.

   d. [ ] The corporation's certificate of authority to transact business in Illinois has been (withdrawn)/(revoked) on _____ (Month & Day), _____ (Year).

   e. [ ] The corporation is a foreign corporation that has transacted business in Illinois without procuring a certificate of authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned has caused a copy of the attached process, notice or demand to be sent, by certified or registered mail: Riskus & Grandt, Inc., an Illinois corporation not in good standing, c/o Its Registered Agent, Joseph V. Grandt, 1119 W. 47th Place, Chicago, IL 60629

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true.

   _[Signature]_  John J. Toomey     May 9, 2008
   Signature of Affiant              Month & Day  Year

   ( 312 ) 236-0415
   Telephone Number

RETURN TO: PLEASE TYPE OR PRINT CLEARLY
John J. Toomey
Arnold and Kadjan
   Name
19 W. Jackson Boulevard, Suite 300
   Street
Chicago, Illinois  60604
City/Town    State    ZIP

TENDERED CHICAGO CORP. DEPARTMENT
MAY 13 2008
ACCEPTANCE AND "FILED" DATE ESTABLISHED ONLY AFTER REVIEW

C-213.9