IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>        Plaintiffs,<br><br>v.<br><br>RISKUS & GRANDT, INC.,<br>an Illinois corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 08 C 1905<br>)<br>) Judge Coar<br>)<br>) Magistrate Judge Schenkier<br>)<br>) |

## NOTICE OF MOTION

To:   Mr. George Riskus
       President
       Riskus & Grandt, Inc.
       9660 Pacific Court
       Burr Ridge, Illinois  60527

    PLEASE TAKE NOTICE that on June 25, 2008, at 9:00 a.m., I will appear before the Honorable Judge Coar in Room 1419 and then and there present Plaintiff's Motion for Entry of Default and Order Compelling Production of Records, a copy of which is attached hereto.

                                              Respectfully submitted,

                                              **s/John J. Toomey**
                                              ARNOLD AND KADJAN
                                              19 W. Jackson Blvd., Suite 300
                                              Chicago, IL 60604
                                              Telephone No.:  (312) 236-0415
                                              Facsimile No.:   (312) 341-0438
                                              Dated: June 19, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

Mr. George Riskus<br>
President<br>
Riskus & Grandt, Inc.<br>
9660 Pacific Court<br>
Burr Ridge, Illinois 60527

**s/John J. Toomey**
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: June 19, 2008