## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Trustees of the Suburban Teamsters of Northern Illinois
Welfare and Pension Funds

        Plaintiff,

v.

        Case No.: 1:08−cv−01905
        Honorable David H. Coar

Riskus & Grandt, Inc.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 23, 2008:

    MINUTE entry before the Honorable David H. Coar:Motion for entry of default and for production of records [8] is granted. Enter Clerk's Default against the defendant Riskus & Grandt, Inc. The Court will enter the proposed order of default and production of records. Prove up−default/In Court hearing set for 8/26/2008 at 09:00 AM. Parties need not appear on the presentment date of 6/25/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.