Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1905 | **DATE** | 6/27/2008 |
| **CASE TITLE** | Trustees of the Suburban Teamsters of Northern Il Welfare & PF vs. Riskus & Grandt, Inc. | | |

**DOCKET ENTRY TEXT**

ENTER ORDER OF DEFAULT AND PRODUCTION OF RECORDS

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|

