

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES OF THE SUBURBAN TEAMSTERS )
OF NORTHERN ILLINOIS WELFARE AND )
PENSION FUNDS, )
                                              )
            Plaintiffs, )
                                              )    No. 08 C 1905
v. )
                                              )    Judge Coar
RISKUS & GRANDT, INC., )
an Illinois corporation, )    Magistrate Judge Schenkier
                                              )
           Defendant. )

## ORDER OF DEFAULT
## AND PRODUCTION OF RECORDS

This cause coming on to be heard on Plaintiff's Motion for Entry of Order of Default and requiring production of records by RISKUS & GRANDT, INC., all parties having been sent appropriate notice, and the Court being fully apprised in the matter,

IT IS HEREBY ORDERED:

1. Defendant is found to be in default for failing to have answered the Complaint.

2. Defendant, RISKUS & GRANDT, INC., is ordered to submit the following books and records to Plaintiffs for February 1, 2006 to the present within 21 days:

    A. All cash disbursement journals;

    B. All individual payroll records.

    C. All time records which are the basis of the above-mentioned individual payroll records;

    D. All state unemployment payroll tax returns;

    E. All state and federal certified payroll forms;

F. All union pension and welfare fund records or other records showing fringe benefit contributions on behalf of any employees;

G. All other relevant records which would tend to show compliance with the terms of the Trusts;

H. All federal and state payroll income returns; including, but not limited to 1099, W-2 and/or UCC 3, 1120 and 1065 forms;

I. All documents which show or which tend to indicate ownership in any company, regardless of its status as a corporation or partnership, which performs, in whole or in part, work for which construction or general laborers would be employed;

J. The corporate books and records of any corporation owned by the Defendant.

K. The partnership books and records of any partnership owned by the Defendant.

Date:

Entered:

_____
JUDGE COAR

June 27, 2008