IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | No. 08 C 1905 |
| v. | ) ) | |
| | ) | Judge Coar |
| RISKUS & GRANDT, INC., | ) | |
| an Illinois corporation, | ) ) | Magistrate Judge Schenkier |
| Defendant. | ) ) | |

## NOTICE OF MOTION

To:    Mr. George Riskus
President
Riskus & Grandt, Inc.
9660 Pacific Court
Burr Ridge, Illinois  60527

Mr. Joseph V. Grandt
Registered Agent
Riskus & Grandt, Inc.
1119 W. 47th Place
Chicago, Illinois  60609

PLEASE TAKE NOTICE that on August 26, 2008, at 9:00 a.m., I will appear before the Honorable Judge Coar 1419 and then and there present the attached Motion for Judgment in Sum Certain, a copy of which is attached hereto.

Respectfully submitted,

**s/John J. Toomey**
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.:  (312) 236-0415
Facsimile No.:  (312) 341-0438
Dated:  August 12, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

Mr. George Riskus
President
Riskus & Grandt, Inc.
9660 Pacific Court
Burr Ridge, Illinois  60527

Mr. Joseph V. Grandt
Registered Agent
Riskus & Grandt, Inc.
1119 W. 47th Place
Chicago, Illinois  60609

**s/John J. Toomey**
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.:  (312) 236-0415
Facsimile No.:  (312) 341-0438
Dated:  August 12, 2008