UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Trustees of the Suburban Teamsters of Northern Illinois
Welfare and Pension Funds

          Plaintiff,

v.

          Case No.: 1:08−cv−01905
          Honorable David H. Coar

Riskus & Grandt, Inc.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

    MINUTE entry before the Honorable David H. Coar: Motion hearing held on 9/3/2008 regarding motion for judgment, [13]. Status hearing held on 9/3/2008. The attorney for the plaintiff advised the Court that an attorney called and stated that he would be filing an appearance on behalf of the defendant. Motion for judgment [13]is entered and continued to 10/7/08 at 9:00 a.m. for status. Status hearing continued to 10/7/2008 at 09:00 AM. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.